# EXHIBIT A

CT Corporation

**Service of Process Transmittal**
04/13/2017
CT Log Number 531047076

**TO:** Rhonda Wolf, Lead Paralegal/Law Dept.
Springleaf Finance, Inc.
601 NW 2nd St
Evansville, IN 47708-1013

**RE:** **Process Served in California**

**FOR:** OneMain Financial Services, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Hussein Osman Ali, Pltf. vs. OneMain Financial Services, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Notice, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Fresno County - Superior Court - Fresno, CA<br>Case # 17CECG01131 |
| **NATURE OF ACTION:** | Defendants failed to follow reasonable procedures to assure the maximum possible accuracy of information in the plaintiff consumer report and due to that plaintiff consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics or mode of living was suffered and endure unnecessary hardship |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 04/13/2017 postmarked on 04/05/2017 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Hussein Ali<br>5730 N First St<br>Suite 105-208<br>Fresno, CA 93710<br>559-647-2360 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/13/2017, Expected Purge Date: 04/18/2017<br><br>Image SOP |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Page 1 of  1 / AM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

H. Ali
5730 N First Street 103-208

Fresno CA 93710

U.S. POSTAGE
PAID
FRESNO, CA
93721
APR 05, 17
AMOUNT
**$3.08**
R2305H130071-11

1000     90017

C T Corporation System

818 7th street   ste 930

Los Angeles   CA 90017

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

ONEMAIN FINANCIAL SERVICES, INC.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

HUSSEIN OSMAN ALI



*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

FILED

APR -5 2017

FRESNO SUPERIOR COURT

By_____ DEPUTY

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court County of Fresno

1130 "O" Street
Fresno, CA 93721

**CASE NUMBER:**
*(Número del Caso):*
**17 CE CG 01131**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
HUSSEIN OSMAN ALI 5730 N FIRST STREET SUITE 105-208, FRESNO, CA 93710

DATE:
*(Fecha)* **APR -5 2017**

Clerk, by
*(Secretario)* _Slopze_ , Deputy
*(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* Onemain Financial Services Inc.

under: ☑ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Mandatory Use
il of California
[. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

| SUPERIOR COURT OF CALIFORNIA • COUNTY OF FRESNO<br>Civil Department - Non-Limited<br>1130 "O" Street<br>Fresno CA 93724-0002<br>(559)457-1900 | FOR COURT USE ONLY |
|---|---|
| TITLE OF CASE:<br><br>**Hussein Ali vs Onemain Financial Services, Inc.** | Filed<br>  Fresno County<br><br><br>April 5, 2017<br>  By System |
| **NOTICE OF CASE MANAGEMENT CONFERENCE AND ASSIGNMENT<br>OF JUDGE FOR ALL PURPOSES** | CASE NUMBER:<br>**17CECG01131** |

Name and address of person served:

---

This case has been assigned to Judge **Kristi Culver Kapetan** for **all purposes**.
All future hearings will be scheduled before this assigned judge.

---

You are required to appear at a Case Management Conference on **July 31, 2017** at **1:30 PM** in **Conference Room 305, Fresno, California.**

You must comply with the requirements set forth in Fresno Superior Court Local Rule 2.1.

Failure to appear at the conference may result in imposition of sanctions, waiver of jury trial, or other adverse consequences.

**Defendants:** Appearance at the Case Management Conference does not excuse you from having to file your response in proper legal form within 30 days after the Summons is served on you. You could lose the case if you do not file your response on time. If you do not know an attorney, and do not have one, you may call an attorney referral service or a legal aide office (listed in the phone book).

---

### CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of the **Notice of Case Management Conference and Assignment of Judge for All Purposes** was mailed first class, postage fully prepaid, in a sealed envelope addressed as shown below, and that the notice was mailed at **Fresno**, California, on:

Date: **4/5/2017**                    Clerk, by _____ ,
                                                    S. Lopez

---

**NOTICE:** The name and address listed above is the address on file with Fresno Superior Court. All notices will be mailed to you at this address, unless you contact the court at the telephone number listed above. If your address changes during the course of this case, you must file and serve a Notice of Change of address and Telephone Number form. If the law firm is the attorney of record and the attorney to whom notices are to be sent within the firm changes, you must file a Designation of Attorney form pursuant to Local Rule 3.16. This form is available on the court's website: http://www.fresno.courts.ca.gov/forms/

---

Hussein Ali
5730 N First St Suite 105-208
Fresno CA 93710
ali4151959@gmail.com
(559) 647-2360

**F I L E D**

APR - 5 2017

FRESNO SUPERIOR COURT
By_____
DEPUTY

# Superior Court of California
## County Fresno

Hussein Osman Ali                    )
                                     )
              Plaintiff,             )
                                     )
       VS.                           )
                                     )
                                     )
ONEMAIN FINANCIAL SERVICES, INC. )
                                     )
                                     )
              Defendants             )
_____)

**17 CE CG 01131**

COMPLAINT FOR DAMAGES

I
PRELIMINARY STATEMENT

ONEMAIN FINANCIAL SERVICES, INC, is a Delaware corporation with its principal place of business in EVANSVILLE Indiana. The company is providing Consumer Loans to businesses and consumers.

II
JURISDICTION AND VENUE

The County Superior Court has Jurisdiction over this matter because the relief requested includes a permanent injunction and the monetary relief demanded less than $25,000. Plaintiff residence in Fresno County is controlling as the Venue.

III

## PARTIES

The Plaintiff, Hussein Ali is and at times mentioned herein, is a resident of Fresno County, California, and over twenty-one years of age. Plaintiff is informed and believes and thereon alleges that defendants are corporations and do business under these names. Plaintiff is ignorant of the true names and capacities of defendants sued here, and therefore sue these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and Capacities when ascertained. Each Doe Defendant is responsible for the Plaintiff's damage, and worked at the direction, and/or with ratification of defendant ONEMAIN FINANCIAL SERVICES, INC

IV

## MEMORANDUM OF POINTS AND AUTHORITIES

I

## INTRODUCTION

On or about March 2017 Plaintiff discovered that Defendant reported an account that does not belong to him on his credit reports. The account in question was established on 2011 and Defendant just remembered now to start reporting it on Plaintiff Credit Report. Plaintiff disputed the account with the Credit Boroughs and with Defendants and provided them with proof that this account does not belong to him. Defendant reported to the credit boroughs that this account belong to Plaintiff. Plaintiff contacted all three credit boroughs by phone and by letters and also contacted Defendant. Defendant informed plaintiff that this account belongs to him and continued reporting inaccurate information on his Credit Reports.

The Defendants incorrect negative reporting made the Plaintiff Credit worthiness worthless. The Plaintiff has to live with the Defendant's negligent for the next seven years. This incorrect negative reporting must and should be corrected. Plaintiff made a request to Defendant to investigate this matter. Defendants failed to investigate this matter and continue to report negative information that should not be reported.

**COMPLAINT FOR DAMAGES**

## II

## LEGAL ARGUMENT

The law is very clear that when furnisher of information receives a dispute from the CRA it must investigate. UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT LINDA JOHNSON v. MBNA AMERICA BANK, NA, Defendant Appellant, No. 03-1235, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION 99 F. Supp. 2d 918, *; 2000 U.S. Dist. LEXIS 8018, ** SCOTT DORNHECKER, JOSE SANCHEZ, and CAROLYN JOHNSON, Plaintiffs, v. AMERITECH CORPORATION, Defendant. No. 00 C 26

The civil liability sections, 15 U.S.C. § 1681n and 1681o, explicitly provide a private right of action for consumers wishing to enforce any provision of the Fair Credit Reporting Act against "any person" who either "willfully fails to comply" or is "negligent in failing to comply." Absent any explicit limitation, the plain language of 15 U.S.C. §§ 1681n, 1681o, 1681s-2(b) and (c) provide a private right of action for a consumer against furnishers of information who have willfully or negligently failed to perform their duties upon notice of a dispute. Furthermore, the negative inference of explicitly precluding a consumer's right of action for violations of § 1681s-2(a) is that they are preserved in § 1681s-2(b). Accordingly, the plain language of the Fair Credit Reporting Act compels the conclusion that there is a private right of action for consumers to enforce the investigation and reporting duties imposed on furnishers of information.

TOBY D. NELSON, Plaintiff-Appellant, v. CHASE MANHATTAN MORTGAGE CORP., Defendant-Appellee. No. 00-15946 United States Court of Appeals for the Ninth Circuit D.C. No. CV-99-00290-JBR (RLH) the amendment of §§ 1681n & o effected in 1996. Before amendment, § 1681n & o provided for suit against a CRA or against a user of credit information, but not against a furnisher. When the statute was amended, "any person" was made open to suit. See Pub.L. 104-208 at § 2412; 110 Stat. 3009 at § 2412 (1996) ("section 616 of the [FCRA] . . . is amended by striking ' any consumer reporting agency or user of information which' and inserting ' (a) IN GENERAL, any person who' "). As counsel for the FTC observed, there are involved in any credit transaction only the consumer, the CRAs, the user of the credit reports and the furnishers of the credit information. As consumers would not be made subject to suit by

- 3 -
**COMPLAINT FOR DAMAGES**

consumers, and as CRAs and users were already suable, whom else except furnishers could Congress have had in mind when it introduced "any person" into the statute? Where, other than under § 1681s-2(b) would furnishers be suable by consumers.

6.      In Dornhecker v. Ameritech Corporation, [FN1] the court held that the FCRA provides individual consumers with a private right of action against a furnisher of credit information for failing to properly comply with its investigative duties once it has received notice of a dispute from a credit reporting agency. Three plaintiffs, who were consumers as defined by the FCRA, alleged that Ameritech opened phone service accounts on behalf of third persons who fraudulently used plaintiffs' names and other identifying information, and thus allowed debt to be falsely incurred in their names. Plaintiffs alleged that because Ameritech failed to appropriately screen account applicants, it opened accounts on behalf of third persons who used plaintiffs' personal identifiers to receive services from Ameritech. Plaintiffs never received these services. Ameritech eventually enlisted the aid of collection agencies and reported the bad debt to credit reporting agencies. Ameritech requested dismissal of plaintiffs' FCRA claims, saying that there was no private right of action under the section of the FCRA requiring furnishers of information to investigate disputed credit information. Analyzing the case under the four-factor test set forth by the Supreme Court in Court v. Ash [FN2] for determining whether a private remedy is implicit in a statute not expressly providing for one, the court held that individual consumers do have a private right of action against a furnisher of information under the FCRA. [FN3

## FIRST CAUSE OF ACTION
### VIOLATION OF THE FAIR CREDIT REPORTING ACT

The plaintiff's alleges that Defendants are negligent of non-compliance with the FCRA. Section 1691o(a). Defendants who are negligent in failing to comply with the requirement imposed under this subchapter with respect to the plaintiff is liable to that consumer for damages and costs. The Plaintiff suffered due to that negligent and noncompliance by failing to investigate the dispute. THEREFORE Plaintiffs request judgment against Defendants for damages of $1,000 plus costs and fees and respectfully ask this Court for leave to move for punitive damages. Defendants failed to follow reasonable procedures to assure the maximum possible accuracy of information in the plaintiff consumer report. By failing to do so the plaintiff consumer's credit worthiness, credit

- 4 -
COMPLAINT FOR DAMAGES

standing, credit capacity, character, general reputation, personal characteristics, or mode of living was suffered and endure unnecessary hardship.

## SECOND CAUSE OF ACTION
## LOSS OF OPORTUNITY

Defendants failed to follow reasonable procedures to assure the maximum possible accuracy of information in the plaintiff consumer report. By failing to do so the plaintiff consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living was suffered and endure unnecessary hardship As a result of the defendants' conduct, actions, and inaction, the plaintiff who in fact had an impeccable credit history, was unable to purchase and finance an Auto Vehicle.  The defendants' conduct, actions and inactions were willful, rendering the defendant's liable for punitive damages in an amount to be determined by the court pursuant to 15 U.S.C.§ 1681n.

THEREFORE Plaintiffs request judgment against Defendants for compensatory damages plus costs and fees and respectfully ask this Court for leave to move for punitive damages.

## THIRD CAUSE OF ACTION
## DEFAMATION

Defendants negative reporting to the credit reporting agencies, the fact that Plaintiff was severely delinquent in paying on his account and had an outstanding balance. The defendants published this information in writing in their reports and the public.  Defendants knew the statements were false when made or had no factual basis for making the statements. The written publications by Defendants constitute libel per se. As a direct and proximate result of the defendants' defamation, the Plaintiffs have suffered extreme mental anguish, a loss of reputation, and a loss of ability to establish credit  account. The defendants' acts were malicious, willful, and wanton and to the total disregard of Plaintiff's just rights.

THEREFORE Plaintiffs request judgment against Defendants for compensatory damages plus costs and fees and respectfully ask this Court for leave to move for punitive damages.

## FOURTH CAUSE OF ACTION
### NEGLIGENCE

Civil liability for negligent noncompliance negligent and willful failure to reinvestigate the disputed entries in violation of sections 611(a), 616, and 617 of the FCRA, 15 U.S.C. §§ 1681i(a), 1681n, 1681o" In general. Any person who is negligent in failing to comply with any requirement imposed under this title with respect to any consumer is liable to that consumer in an amount equal to the sum of any actual damages sustained by the consumer as a result of the failure; In the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.  Defendants had a duty of reasonable care not to injure the Plaintiff,  privacy,  general reputation, or credit reputation. The defendants have negligently violated their duty of reasonable care to Plaintiff  by continuing to report accounts as severely delinquent. As a direct and proximate result of the defendants' negligence, the Plaintiffs have suffered extreme mental anguish, a loss of reputation, and a loss of ability to obtain credit.

THEREFORE, Plaintiffs have suffered economic and psychological damages as a result of the negligence of Defendants and are entitled to reimbursement and compensation for their injuries.

WHEREFORE, Plaintiffs request judgment against Defendants for economic and psychological damages as well as compensatory damages plus costs and fees and respectfully ask this Court for leave to move for punitive damages.

Plaintiffs request a jury trial.

DATED: April 5, 2017

Hussein Osman Ali
In Pro Per

**COMPLAINT FOR DAMAGES**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>HUSSEIN OSMAN ALI<br>5730 N FIRST STREET SUITE 105-208<br>Fresno, CA 93710<br><br>TELEPHONE NO.:          FAX NO.:<br>ATTORNEY FOR *(Name)*: | **FOR COURT USE ONLY**<br><br>FILED<br>APR - 5 2017<br>FRESNO SUPERIOR COURT<br>By_____ DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Fresno
STREET ADDRESS: 1130 "O" Street
MAILING ADDRESS:
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME: Civil

CASE NAME:
OSMAN ALI VS ONEMAIN FINANCIAL SERVICES, INC.

| **CIVIL CASE COVER SHEET**<br>☑ Unlimited ☑ Limited<br>(Amount (Amount<br>demanded demanded is<br>exceeds $25,000) $25,000 or less) | **Complex Case Designation**<br>☐ Counter ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>**17 CE CG 01131**<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☑ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary  b. ☑ nonmonetary; declaratory or injunctive relief  c. ☑ punitive

4. Number of causes of action *(specify)*: FOUR (4)

5. This case ☐ is ☑ is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 04/05/2017

HUSSEIN OSMAN ALI
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]
**CIVIL CASE COVER SHEET**
Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or
    toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)
**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer
        or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
      domain, landlord/tenant, or
      foreclosure)*
**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*
**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
    Antitrust/Trade Regulation (03)
    Construction Defect (10)
    Claims Involving Mass Tort (40)
    Securities Litigation (28)
    Environmental/Toxic Tort (30)
    Insurance Coverage Claims
      *(arising from provisionally complex
      case type listed above)* (41)
**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment *(non-
      domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case
**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
      harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
      Claim
    Other Civil Petition

CM-010 [Rev. July 1, 2007]
### CIVIL CASE COVER SHEET
Page 2 of 2