**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Veronica Rotter** (SBN 307902)
213.266.5457 | vrotter@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
OneMain Financial Services, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN OSMAN ALI,<br><br>        Plaintiff,<br><br>    vs.<br><br>ONEMAIN FINANCIAL SERVICES, INC.,<br><br>        Defendant. | Case No.: 1:17-CV-00666-AWI-SKO<br><br>**STIPULATION TO DISMISS ACTION**<br><br>Hon. Sheila K. Oberto |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hussein Osman Ali and Defendant OneMain Financial Services, Inc. hereby stipulate to dismiss this action with prejudice, with each party to bear his/its own costs and fees.

DATED: June 6, 2017

HUSSEIN OSMAN ALI

By /s/ *signature*

Hussein Osman Ali
Plaintiff, in pro per
(original signature retained by attorney Jordan S. Yu)

DATED: June 6, 2017

YU | MOHANDESI LLP

By  */s/ B. Ben Mohandesi*

B. Ben Mohandesi
Jordan S. Yu
Attorneys for Defendant
OneMain Financial Services, Inc.

## CERTIFICATE OF SERVICE

I certify that on June 8, 2017, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system. A copy of the foregoing was also mailed via United States Postal Service to the following non-ECF participant:

***Plaintiff, in pro per***

Hussein Osman Ali

5730 N. First St. Suite 105-208

Fresno, CA 93710

DATED:  June 8, 2017

YU | MOHANDESI LLP

By   */s/ B. Ben Mohandesi*

B. Ben Mohandesi
Jordan S. Yu
Attorneys for Defendant
OneMain Financial Services, Inc.